

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2020

No. 04-20-00514-CV

**IN RE CNOOC ENERGY U.S.A. LLC, Jamestown Resources, LLC, Larchmont Resources, LLC, and Pelican Energy, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Relators' November 12, 2020 unopposed motion to dismiss this petition is GRANTED. This petition is dismissed without prejudice to Relators refiling their petition in this court. Costs of court for this petition are taxed against the party that incurred them.

It is so **ORDERED** on November 25, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CI22093, styled *In the Interest of Chesapeake Eagle Ford Royalty Litigation*, and its associated cases, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.